IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., | No. C -13-03505(EDL) |
| Plaintiff, | **ORDER REGARDING CONDITIONAL SETTLEMENT NOTICE** |
| v. | |
| EDWARD WALKER, et al., | |
| Defendant. | |

On May 30, 2014, the parties advised the Court that they had reached an agreement to resolve the lawsuit and that a dismissal would be filed within ten days of execution of the final agreement on or before June 12, 2014. Docket No. 54. The Court ordered the pending Motion to Dismiss Counterclaimants' First Amended Counterclaims dismissed without prejudice to re-noticing. Docket No. 55. Almost one month has passed since the date the parties anticipated executing the final settlement agreement, and the parties have not filed a dismissal. They have advised the Court that they are in the final stages of settlement. The parties are ordered to file a brief update with the Court no later than 12:00 p.m. on July 18, 2014. If progress on the settlement has stalled, the Court may schedule a case management conference to take place shortly.

**IT IS SO ORDERED.**

Dated: July 11, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge