IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., | No. C -13-03505 EDL |
|     Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
|   v. | |
| EDWARD WALKER, et al., | |
|     Defendant. | |

A status conference is scheduled for August 26, 2014 at 10:00 a.m. Counsel may appear by telephone. Counsel wishing to appear by telephone shall call the Court's courtroom deputy at 415-522-3694 no later than August 22, 2014 to provide a direct dial number for the Court to call on August 26, 2014.

**IT IS SO ORDERED.**

Dated: August 20, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge