IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, | No. C -13-03505 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD WALKER, et al., | |
| Defendant. | |

TO ALL PARITIES AND COUNSEL OF RECORD:

A status conference is scheduled for November 25, 2014 at 10:00 a.m., in Courtroom E, located on the 15th Floor at 450 Golden Gate Avenue, San Francisco, California 94102. The parties must file a joint statement regarding status no later than November 18, 2014.

**IT IS SO ORDERED.**

Dated: November 13, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge