IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, | No. C -13-03505 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| EDWARD WALKER, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court, with the agreement of counsel for the parties, hereby continues the status conference from November 25, 2014 to December 5, 2014 at 9:00 a.m. The joint statement regarding status is now due by November 28, 2014.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge