UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD J. WALKER, et al.,<br><br>    Defendants. | Case No.  13-cv-03505-EDL<br><br>**ORDER DENYING WITHDRAWAL OF COUNSEL**<br><br>Re: Dkt. No. 71 |

On January 7, 2015, Defendants' counsel, Willard Carle, filed a Request for an Order Permitting Withdrawal of Counsel, seeking to withdraw as counsel for Defendant Edward Walker. On January 12, 2015, with the knowledge and assent of Plaintiff's counsel in a joint conference call, the Court then held an ex parte telephonic hearing regarding Mr. Carle's request. For the reasons stated, the Court denies the Request for an Order Permitting Withdrawal of Counsel without prejudice.

No later than January 26, 2015, the parties shall file a joint statement updating the Court as to the status of this case.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge