UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., <br>     Plaintiff, <br> v. <br> EDWARD J. WALKER, et al., <br>     Defendants. | Case No.  13-cv-03505-EDL <br><br> **ORDER** |

The parties shall file a joint status statement no later than February 9, 2015, unless a dismissal is filed prior to that date.

**IT IS SO ORDERED**.

Dated: January 27, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge