# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., <br>     Plaintiff, <br> v. <br> EDWARD J. WALKER, et al., <br>     Defendants. | Case No. 13-cv-03505-EDL <br><br> **ORDER** |

The parties shall file a joint status statement no later than February 17, 2015, unless a dismissal is filed prior to that date.

**IT IS SO ORDERED**.

Dated: February 9, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge