IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., | No. C -13-03505(EDL) |
| Plaintiff, | **ORDER REGARDING CASE STATUS** |
| v. | |
| EDWARD WALKER, et al., | |
| Defendant. | |

This Court was previously informed that the parties were close to settlement of this case but no notice of settlement has been filed. In separate case status statements filed on February 17 and 18, 2015, the parties request one additional week to pursue settlement discussions. The parties are ordered to file a brief update with the Court no later than February 25, 2015. If progress on the settlement has stalled, the Court may schedule a case management conference to take place shortly thereafter and set the matter for trial.

**IT IS SO ORDERED.**

Dated: February 18, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge