**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., | No. C -13-03505 (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD J. WALKER, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further case management conference is scheduled for March 10, 2015, at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge