UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD J. WALKER, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-03505-EDL<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

On March 10, 2015, the Court held a further case management conference in this case. As stated at the conference, Plaintiff may file a motion to enforce settlement against Defendant Walker. The motion must be filed no later than March 31, 2015 to be heard on May 5, 2015 at 9:00 a.m. Counsel Willard Carle represented to the Court that Defendant Walker intended to and was able to respond to the motion to enforce without benefit of counsel, which the Court will permit. Mr. Carle's motion to withdraw is denied to the extent that he shall appear at the May 5, 2015 hearing. Mr. Carle may appear by telephone at the hearing.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge