UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTEC INDUSTRIES, INC., an Alabama corporation,<br><br>               Plaintiff,<br><br>v.<br><br>EDWARD J. WALKER, an individual, MATT MARIANI, an individual, and IDLE REDUCTION TECH, a business entity,<br><br>               Defendants.<br><br>EDWARD J. WALKER, an Individual, MATT MARIANI, an Individual, and IDLE REDUCTION TECH, a business entity,<br><br>               Counter-Claimants,<br><br>v.<br><br>ALTEC INDUSTRIES, INC., an Alabama corporation,<br><br>               Counter-Defendant. | Case No. 3:13-cv-03505-EDL<br><br>[~~PROPOSED~~] ORDER GRANTING ALTEC INDUSTRIES, INC.'S MOTION TO ENFORCE SETTLEMENT<br><br>Hearing Date:    May 19, 2015<br>Hearing Time:    9:00 a.m.<br>Courtroom:    E<br>Magistrate Judge:    Hon. Elizabeth D. Laporte<br>Complaint Filed:    July 30, 2013 |

On May 19, 2015, the Court heard Plaintiff Altec Industries, Inc.'s ("Altec") Motion to Enforce the May 29, 2014 Settlement Agreement by and between Altec and Defendants Ed Walker, Matt Mariana, and Idle Reduction Tech (collectively, "Defendants"). Plaintiff and Defendants were each duly represented by counsel. Having read and considered the papers filed in support of and in opposition to the motion, and having heard the oral arguments of counsel,

THE COURT ORDERS AS FOLLOWS:

GOOD CAUSE APPEARING THEREFOR, Altec's Motion to Enforce Settlement is Granted and the parties are bound by the terms of the May 2014 Agreement. The parties are hereby ordered to complete the following within 14 days of entry of this Order:

1. Defendants Walker and Mariani will execute the patent rights assignment form attached as Exhibit 2 to the Declaration of Duane H. Mathiowetz in Support of the Motion to Enforce Settlement;

2. All parties to execute the Mutual General Release of All Claims in the form attached as Exhibit 10 to the Declaration of Duane H. Mathiowetz; and

3. All parties, following the execution of the Mutual General Release of All Claims, to dismiss with prejudice the action, including all claims and counter-claims.

IT IS SO ORDERED.

Dated: _____June 8__, 2015

*[signature]*
ELIZABETH D. LAPORTE
United States Magistrate Judge

34079-0006
SF\321429172.1